HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CARLOS ALBERTO TORRES-EUFRACIO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  Cr. S 13-176 GEB |
| Plaintiff, | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| CARLOS ALBERTO TORRES-EUFRACIO, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | Judge:  Honorable GARLAND E. BURRELL, Jr. |

Defendant, CARLOS ALBERTO TORRES-EUFRACIO, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.   Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.   On August 30, 2013, this Court sentenced Mr. Torres-Eufracio to a term of 63 months imprisonment;

3.   His total offense level was 26, his criminal history category was I, and the resulting guideline range was 63 to 78 months;

4. The sentencing range applicable to Mr. Torres-Eufracio was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Torres-Eufracio's total offense level has been reduced from 26 to 24, and his amended guideline range is 51 to 63 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Torres-Eufracio's term of imprisonment to a total term of 51 months.

7. In light of the parties' stipulation, the noticed motion filed May 5, 2015, is withdrawn.

Respectfully submitted,

| Dated:  May 15, 2015 | Dated:   May 15, 2015 |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Jason Hitt*<br>JASON HITT<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>CARLOS ALBERTO TORRES-EUFRACIO |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Torres-Eufracio is entitled to the benefit Amendment 782, which reduces the total offense level from 26 to 24, resulting in an amended guideline range of 51 to 63 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in August 2013 is reduced to a term of 51 months.

The noticed motion having been withdrawn, the hearing set for May 22, 2015, is VACATED.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Torres-Eufracio shall report to the United States Probation Office within seventy-two hours after his release.

Dated: May 18, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge