AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:13-cr-00176-GEB   Document 20   Filed 05/21/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
для the

Eastern District of California

United States of America
v.

CARLOS ALBERTO TORRES-EUFRACIO

Case No:  2:13CR00176

USM No:  70062-097

Date of Original Judgment: 9/10/13
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

David Porter, Asst. Federal Defender
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  63  months **is reduced to**  51 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 9/10/13 shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  5/19/2015

*Judge's signature*

Effective Date:  11/1/2015
*(if different from order date)*

Garland E. Burrell, Jr.  U.S. District Judge
*Printed name and title*